CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
BIANCA R. PUCCI
ANDREW W. DUNCAN
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Bianca.Pucci@usdoj.gov
Andrew.Duncan@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>GEORGE WASHINGTON SIMS, III,<br><br>　　　　　　Defendant. | Case No: 2:21-cr-00026-GMN-BNW<br><br>**Stipulation for a Protective Order** |

The parties, by and through the undersigned, respectfully request that the Court issue an Order protecting from disclosure to the defendant GEORGE WASHINGTON SIMS, III, the public, or any third party not directly related to this case, any and all unredacted discovery (the "Protected Material") in this case. The parties state as follows:

1. On January 27, 2021, a grand jury returned an indictment charging SIMS with three counts of *Sex Trafficking of Children*, in violation of 18 U.S.C. § 1591(a) and (b)(2), two counts of *Sexual Exploitation of Children*, in violation of 18 U.S.C. §§ 2251(a) and (e), and one count of *Transportation of a Minor with Intent to Engage in Criminal Sexual Activity*, in violation of 18 U.S.C. § 2423(a). ECF No. 13.

1

2. The trial is currently set for May 17, 2021.

3. The government has already produced redacted discovery in excess of 3,045 Bates-stamped items to defense counsel. Some of the Bates stamped items contain multiple files (*i.e.*, Bates stamp 1640 was a copy of a disc that included 30 mp3 files of jail calls). The previously produced discovery includes, but is not limited to, police reports, 911/311 calls, jail calls, victim and witness interviews, Facebook records, Snapchat records, iCloud records, cell phone records, and financial records. Additional discovery is in the process of being redacted in order to remove personal identifying information and has yet to be produced to defense counsel. The government is also still collecting additional discovery from investigators and will continue to produce discovery in due course.

4. The defendant, GEORGE WASHINGTON SIMS, III, has access to review and obtain copies of all redacted discovery produced by the government to defense counsel.

5. Defense counsel has requested that the government re-produce all the discovery unredacted in preparation for trial. The unredacted discovery includes personal identifying information of potential victims, witnesses, and unrelated persons to this investigation. The government believes that dissemination of the unredacted discovery ("the Protected Material") could reveal personal identifying information of potential victims, witnesses, and persons unrelated to this investigation.

6. In order to protect the potential victims, witnesses, and unrelated persons involved in and revealed by the Protected Material, the parties intend to restrict access to the Protected Material in this case to the following individuals: attorneys for all parties, and any personnel that the attorneys for all parties consider necessary to assist in performing that attorneys' duties in the prosecution or defense of this case, including investigators, paralegals, experts, support staff, interpreters, and any other individuals specifically authorized by the

Court (collectively, the "Covered Individuals"). The defendant GEORGE WASHINGTON SIMS, III, shall not review or obtain a copy of the Protected Material.

7. Without leave of Court, the Covered Individuals shall not:

    a. make copies for, or allow copies of any kind to be made by any other person of the Protected Material in this case or permit dissemination of the Protected Material at the Southern Nevada Detention Center jail facility, or any other detention facility where the Defendant is housed, to include leaving a copy of the Protected Material at any detention facility where the Defendant is housed;

    b. allow any other person to read, listen, or otherwise review the Protected Material;

    c. use the Protected Material for any other purpose other than preparing to defend against or prosecute the charges in the indictment or any further superseding indictment arising out of this case; or

    d. attach the Protected Material to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under seal.

8. Nothing in this stipulation is intended to restrict the parties' use or introduction of the Protected Material as evidence at trial or support in motion practice.

9. The parties shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

///

///

///

10. The defense hereby stipulates to this protective order.

DATED this 26th day of April, 2021.

Respectfully submitted,

For the United States:

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Bianca R. Pucci*
BIANCA R. PUCCI
ANDREW W. DUNCAN
Assistant United States Attorney

For the Defense:

RENE L. VALLADARES
Federal Public Defender

/s/ *Rebecca Levy*
REBECCA LEVY
ERIN GETTEL
Assistant Federal Public Defenders and
Attorneys for GEORGE WASHINGTON SIMS, III

**IT IS SO ORDERED:**

_____       April 30, 2021
United States Magistrate Judge            Date