Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>George Washington Sims, III,<br><br>        Defendant. | Case No. 2:21-cr-00026-GMN-BNW<br><br>**First Stipulation to Continue Response Deadline (ECF No. 59)** |

On April 28, 2021, briefing was completed on Sims's motion to preclude expert testimony. On May 20, 2021, the government filed a supplemental notice of expert testimony substituting FBI Special Agent Landau for Metro Sergeant Leung. The next day, this Court ordered Sims to show cause by May 28, 2021, why it should not deny his motion as moot. Because AFPD Gettel will be out of the district on the currently scheduled deadline, the parties stipulate to continue that deadline for one week, to June 4, 2021.

DATED: May 25, 2021

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| By */s/ Erin Gettel*_____<br>Erin Gettel<br>Assistant Federal Public Defender | By */s/ Bianca R. Pucci*_____<br>Bianca R. Pucci<br>Assistant United States Attorney |

|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |

| | |
|---|---|
| United States of America, | Case No. 2:21-cr-00026-GMN-BNW |
| Plaintiff, | **Order Granting First Stipulation to Continue Response Deadline (ECF No. 59)** |
| v. | |
| George Washington Sims, III, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue Sims's deadline to respond to the order to show cause (ECF No. 59) by one week.

IT IS THEREFORE ORDERED that Sims's response to the order to show cause (ECF No. 59) is due by June 4, 2021.

Dated this 26 day of May, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT