CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
BIANCA R. PUCCI
LISA C. CARTIER GIROUX
Nevada Bar No. 14040
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Bianca.Pucci@usdoj.gov
Lisa.Cartier-Giroux@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>GEORGE WASHINGTON SIMS, III,<br><br>   Defendant. | No. 2:21-cr-00026-GMN-BNW<br><br>**Petition for Production of Detainees** |

The United States of America respectfully requests that the Court issue an order directing the United States Marshal Service (USMS) to produce GEORGE WASHINGTON SIMS, III, and SHARLOTTE HOLLY at Las Vegas Courtroom 4A on August 25, 2021, at the hour of 9:00 p.m. for a Rule 15 Deposition. In support the government states the following:

   1.   On August 3, 2021, material witness HOLLY was ordered detained. *See* ECF No. 108. Ms. Holly's U.S. Marshal number is 52334-509. Upon being ordered

1  detained, Ms. Holly made a Rule 15 motion for deposition. *See* ECF No. 106. On the same day, the Court ordered the deposition to be held on <u>August 25, 2021, at 9 a.m.</u> in person.

2. On August 5, 2021, the location of the hearing was set for <u>Las Vegas Courtroom 4A</u>.

3. Rule 15 of the Federal Rules of Criminal Procedure states:

> (c)(1) *Defendant in Custody*. Except as authorized by Rule 15(c)(3), the officer who has custody of the defendant must produce the defendant at the deposition and keep the defendant in the witness's presence during the examination, unless the defendant:
>
> (A) waives in writing the right to be present; or
>
> (B) persists in disruptive conduct justifying exclusion after being warned by the court that disruptive conduct will result in the defendant's exclusion.

FED. R. CRIM. PRO. 15 (C)(1).

4. Defendant SIMS is currently in the custody of the USMS. *See* ECF No. 8. SIMS' U.S. Marshal number is 21345-509. SIMS has not waived his right to be present in Court, and his counsel has told the government that SIMS wishes to be present in person at the deposition.

5. The government has been advised by the USMS that a court order is necessary to ensure the in-person production of SIMS and Ms. Holly for the deposition scheduled for August 25, 2021.

Accordingly, the Government requests a court order requiring the USMS to produce both the defendant, GEORGE WASHINGTON SIMS, III, and the material witness, SHARLOTTE HOLLY, for the purpose of a Rule 15 deposition on August 25,

2021, at 9:00 a.m. in Courtroom 4A. The government further requests that the Court order the USMS to ensure that SIMS and Ms. Holly are not transported together and remain separated while at the Courthouse except when Ms. Holly is testifying during the deposition in front of SIMS. *See* ECF No. 30 (No Contact Order).

        Respectfully submitted this 10th day of August, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

_____
BIANCA R. PUCCI
LISA C. CARTIER-GIROUX
Assistant United States Attorneys

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GEORGE WASHINGTON SIMS, III,<br><br>　　　　Defendant. | No.<br><br>**Order for Detainee Production –**<br>**GEORGE WASHINGTON SIMS, III**<br><br>(U.S. Marshal number 21345-509) |

　　Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

　　IT IS HEREBY ORDERED that the United States Marshall Service shall produce of the body of GEORGE WASHINGTON SIMS, III, before the United States District Court at Las Vegas, Nevada, on <u>August 25, 2021, at the hour of 9:00 a.m., in Courtroom 4A</u>, for a Rule 15 deposition of a material witness, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

　　IT IS FURTHER ORDERED that the United States Marshall Service shall not transport the defendant GEORGE WASHINGTON SIMS, III, and the material witness SHARLOTTE HOLLY, together and shall keep them separated while in the courthouse except when HOLLY is testifying during the deposition.

　　Dated this <u> 10 </u> day of August, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT