CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
BIANCA R. PUCCI
LISA C. CARTIER GIROUX
Nevada Bar No. 14040
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Bianca.Pucci@usdoj.gov
Lisa.Cartier-Giroux@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE WASHINGTON SIMS, III,<br><br>　　　　Defendant. | No. 2:21-cr-00026-GMN-BNW<br><br>**Motion for Production of Detainees** |

　　　　The United States of America respectfully requests that the Court issue an order directing the United States Marshal Service (USMS) to produce GEORGE WASHINGTON SIMS, III, and SHARLOTTE HOLLY at <u>Las Vegas Courtroom 3B on September 7, 2021, at the hour of 9:00 a.m.</u> for a Rule 15 Deposition. In support the government states the following:

　　　　1.　　On August 3, 2021, material witness HOLLY was ordered detained. *See* ECF No. 108. Ms. Holly's U.S. Marshal number is 52334-509. Upon being ordered

detained, Ms. Holly made a Rule 15 motion for deposition. *See* ECF No. 106. On the same day, the Court ordered the deposition to be held on August 25, 2021, at 9 a.m. in person.

2. On August 18, 2021, the deposition scheduled for August 25, 2021, was vacated until it could be rescheduled. *See* ECF No. 120.

3. On August 23, 2021, the Court rescheduled the deposition to take place on September 7, 2021, at 9 a.m., in Courtroom 3B. *See* ECF No. 126.

4. Rule 15 of the Federal Rules of Criminal Procedure states:

> (c)(1) *Defendant in Custody*. Except as authorized by Rule 15(c)(3), the officer who has custody of the defendant must produce the defendant at the deposition and keep the defendant in the witness's presence during the examination, unless the defendant:
>
> (A) waives in writing the right to be present; or
>
> (B) persists in disruptive conduct justifying exclusion after being warned by the court that disruptive conduct will result in the defendant's exclusion.

FED. R. CRIM. PRO. 15 (C)(1).

5. Defendant SIMS is currently in the custody of the USMS. *See* ECF No. 8. SIMS' U.S. Marshal number is 21345-509. SIMS has not waived his right to be present in Court and has indicated he wishes to be present in person at the deposition.

6. The government further requests the Court to order the USMS to ensure that SIMS and Ms. Holly are not transported together and remain separated while at the Courthouse except when Ms. Holly is testifying during the deposition in front of SIMS. *See* ECF No. 30 (No Contact Order).

1  Accordingly, the Government requests a court order requiring the USMS to
2  produce both the defendant, GEORGE WASHINGTON SIMS, III, and the material
3  witness, SHARLOTTE HOLLY, for the purpose of a Rule 15 deposition on <u>September 7,</u>
4  <u>2021, at the hour of 9:00 a.m., in Courtroom 3B</u>.

5  Respectfully submitted this 23rd day of August, 2021.

                                                   CHRISTOPHER CHIOU
                                                   Acting United States Attorney

                                                   */s/ Bianca R. Pucci*
                                                   BIANCA R. PUCCI
                                                   LISA C. CARTIER-GIROUX
                                                   Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE WASHINGTON SIMS, III,<br><br>　　　　Defendant. | No.<br><br>**Order for Detainee Production –<br>GEORGE WASHINGTON SIMS, III**<br><br>(U.S. Marshal number 21345-509) |

　　Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

　　IT IS HEREBY ORDERED that the United States Marshall Service shall produce of the body of GEORGE WASHINGTON SIMS, III, before the United States District Court at Las Vegas, Nevada, on <u>September 7, 2021, at the hour of 9:00 a.m., in Courtroom 3B</u>, for a Rule 15 deposition of a material witness, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

　　IT IS FURTHER ORDERED that the United States Marshall Service shall not transport the defendant GEORGE WASHINGTON SIMS, III, and the material witness SHARLOTTE HOLLY, together and shall keep them separated while in the courthouse except when HOLLY is testifying during the deposition.

　　DATED: 8/24/2021

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE WASHINGTON SIMS, III,<br><br>    Defendant. | No.<br><br>**Order for Detainee Production – SHARLOTTE HOLLY**<br><br>(U.S. Marshal number 52334-509) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshall Service shall produce of the body of SHARLOTTE HOLLY, before the United States District Court at Las Vegas, Nevada, on September 7, 2021, at the hour of 9:00 a.m., in Courtroom 3B, for a Rule 15 deposition of a material witness, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

IT IS FURTHER ORDERED that the United States Marshall Service shall not transport the defendant GEORGE WASHINGTON SIMS, III, and the material witness SHARLOTTE HOLLY, together and shall keep them separated while in the courthouse except when HOLLY is testifying during the deposition.

DATED: 8/24/2021

HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE