THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

*Attorneys for George Washington Sims, III*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>vs.<br><br>GEORGE WASHINGTON SIMS, III,<br>         Defendant. | CASE NO:  2:21-cr-00026-GMN-BNW<br><br>**STIPULATION TO CONTINUE MOTION RESPONSE DEADLINES**<br><br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED by GEORGE WASHINGTON SIMS, III, by and through his attorneys, THOMAS A. ERICSSON, ESQ., and JAMES A. ORONOZ, ESQ.; and the UNITED STATES OF AMERICA ("Government") by and through BIANCA R. PUCCI, ESQ., and LISA CARTIER-GIROUX, ESQ., Assistant United States Attorneys, that the following Motion response deadlines be vacated and continued to September 15, 2021.

   1. Government's Response to Defendant's Motion to Bifurcate, original due date for Government's Response was August 27, 2021.  [Document 85].

   2. Defendant's Response to Government's Motion in Limine to
      A. Preclude Rule 412 Evidence
      B. Preclude Argument/Testimony That The Minor "Consented" [Document 81].

1

   3. Defendant's Response To Government's Motion To Compel Reciprocal Discovery Or, In The Alternative, Motion In Limine To Preclude Introduction Of Any Evidence By The Defendant Not Produced. [Document 82].

   4. Defendant's Response To Government's Motion In Limine To Exclude And Limit Improper Impeachment Under FRE 403, 608, And 609. [Document 84].

The request for a continuance is based upon the following:

1. Defense counsel Thomas Ericsson was appointed to represent Mr. Sims on July 27, 2021. ECF 95.

2. Newly appointed defense counsel requires sufficient time and opportunity to prepare and respond to pre-trial motions and to prepare for trial.

3. Due to COVID-19, there are limitations on client contact that affect Defense Counsels' ability to meet with the Mr. Sims who is currently in custody.

4. Defense Counsel for George Washington Sims, III has spoken to his client and he does not oppose the continuance.

5. Defense Counsel has spoken to Assistant United States Attorney Lisa Carier-Giroux, and the Government also requests the briefing response extension.

6. The additional time requested herein is not sought for purposes of undue delay.

7. Additionally, denial of this request for briefing extension could result in a miscarriage of justice.

8. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

9. This is the first request to extend this briefing schedule.

Dated: August 27, 2021

Respectfully submitted,

| /s/ Thomas A. Ericsson | /s/ Lisa Cartier-Giroux |
|---|---|
| Thomas A. Ericsson, Esq. | Bianca R. Pucci, Esq. |
| James A. Oronoz, Esq. | Lisa Cartier-Giroux, Esq. |
| Oronoz & Ericsson, LLC | Assistant United States Attorneys |
| 1050 Indigo Drive, Suite 120 | 501 Las Vegas Blvd. South, Suite 1100 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89101 |
| *Attorney for George Washington Sims III* | *Attorney for the United States of America* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>GEORGE WASHINGTON SIMS, III,<br>        Defendant. | CASE NO: 2:21-cr-00026-GMN-BNW<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defense counsel Thomas Ericsson was appointed to represent Mr. Sims on July 27, 2021. ECF 95.

2. Newly appointed defense counsel requires sufficient time and opportunity to prepare and respond to pre-trial motions and to prepare for trial.

3. Due to COVID-19, there are limitations on client contact that affect Defense Counsels' ability to meet with the Mr. Sims who is currently in custody.

4. Defense Counsel for George Washington Sims, III has spoken to his client and he does not oppose the continuance.

5. Defense Counsel has spoken to Assistant United States Attorney Lisa Cartier-Giroux, and the Government also requests the briefing response extension.

6. The additional time requested herein is not sought for purposes of undue delay.

7. Additionally, denial of this request for briefing extension could result in a miscarriage of justice.

8. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

9. This is the first request to extend this briefing schedule.

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to prepare effectively and thoroughly for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED that the response deadline for Doc. 85, Defendant's Motion To Bifurcate currently scheduled for August 27, 2021, is vacated, and continued to the 15th day of September 2021.

IT IS THEREFORE ORDERED that the response deadline for Doc. 81, United States' Motion in Limine to A) Preclude Rule 412 Evidence; and B) Preclude Argument/Testimony that the Minor "Consented" currently scheduled for September 1, 2021, is vacated, and continued to the 15th day of September 2021.

IT IS THEREFORE ORDERED that the response deadline for Doc. 82, Government's Motion to Compel Reciprocal Discovery or, in the alternative, Motion in Limine to Preclude

Introduction of Any Evidence by the Defendant Not Produced currently scheduled for September 1, 2021, is vacated, and continued to the 15th day of September 2021

IT IS THEREFORE ORDERED that the response deadline for Doc. 84, Government's Motion in Limine to Exclude and Limit Improper Impeachment Under FRE 403, 608, and 609 currently scheduled for September 1, 2021, is vacated, and continued to the 15th day of September 2021

**IT IS SO ORDERED** *nunc pro tunc*.

Dated this __31__ day of August, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT