UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>GEORGE WASHINGTON SIMS,<br><br>        Defendant. | CASE NO. 2:21-cr-0026-ART-BNW<br><br>**ORDER TO CONTINUE PRETRIAL MOTIONS IN LIMINE DEADLINE** |

## FINDINGS OF FACT

1. The parties have recently received a subpoena return for the local police department regarding additional information.

2. Counsel for the defendant recently received written discovery and requires sufficient time to thoroughly review the materials by both parties.

3. Denial of this request for a continuance could result in a miscarriage of justice, in that it would deprive the parties herein sufficient time, and opportunity, within which to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence. The ends of justice would thus best be served by a continuance.

4. Based upon the Stipulation of counsel, and good cause appearing, the current pretrial motions in limine date of October 3, 2025, is hereby VACATED and reset for __November 21__, 2025. Additionally, the current motions in limine response date of October 17, 2025, is hereby VACATED and reset for __November 27__, 2025.

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: October 3, 2025