## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

    vs.

GEORGE WASHINGTON SIMS,

    Defendant.

CASE NO. 2:21-cr-0026-ART-BNW

**ORDER GRANTING ECF No. 284**

### FINDINGS OF FACT

1. Sims has been approved for funding for a mitigation expert.

2. Denial of this request for a continuance could result in a miscarriage of justice, in that it would deprive the parties herein sufficient time, and opportunity, within which to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence. The ends of justice would thus best be served by a continuance.

3. Based upon the Stipulation of counsel, and good cause appearing, the current pretrial Sentencing date of February 5, 2026, is hereby VACATED and reset for **Thursday, June 11, 2026, at 11:00 a.m.** before U.S. District Judge Traum.

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

Dated: January 27, 2026

ATTORNEYS AT LAW