**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEORGE WASHINGTON SIMS,

    Defendant.

Case No.: 2:21-cr-0026-ART-BNW

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1.  The parties agree to a continuance;

2.  Counsel for Defendant needs additional time to adequately prepare sentencing;

3.  An attorney for the government is currently engaged in trial on a complex matter that is anticipated to continue up to July 2026.

4.  Counsel for Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

**CONCLUSIONS OF LAW**

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a Continuance of the sentencing date for 60 days.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>GEORGE WASHINGTON SIMS,<br><br>        Defendant. | Case No.: 2:21-cr-0026-ART-BNW<br><br>**ORDER** |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for June 11, 2026, at the hour of 11:00 a.m., be vacated and continued to Thursday, August 13, 2026, at 11:00 a.m. before U.S. District Judge Anne R. Traum.

DATED this 26th day of May, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE