**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>GEORGE WASHINGTON SIMS,<br>Defendant. | Case No.: 2:21-cr-0026-ART-BNW<br>**FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;
2. Counsel for Defendant has a civil bench trial scheduled at the same time as Defendant's sentencing date;
3. Counsel for Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;
2. For all the above-stated reason, the ends of justice would best be served by a Continuance of the sentencing date for 60 days.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GEORGE WASHINGTON SIMS,

Defendant.

Case No.: 2:21-cr-0026-ART-BNW

**ORDER**

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for November 20, 2026 at the hour of 10:00 a.m., is vacated and continued to Thursday, January 21, 2027, at the hour of 11 a.m. before U.S. District Judge Anne R. Traum in a Las Vegas courtroom to be determined.

DATED this 21st day of October, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE